FILED
CLERK, U.S. DISTRICT COURT

APR 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY MR        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ALFONSO RIVERA,<br><br>   Plaintiff,<br><br>   v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>   Defendants. | NO. ED CV 08-0220 AHS (FMO)<br><br>**ORDER TO SHOW CAUSE** |

On February 19, 2008, plaintiff sought leave to file a Complaint pursuant to 42 U.S.C. § 1983 without prepayment of fees. On February 29, 2008, the court ordered plaintiff to pay an initial partial filing fee of $6.00 in accordance with 28 U.S.C. §1915 by March 31, 2008. (See Court's Order of February 29, 2008). It appears from the record that plaintiff has failed to pay the initial partial filing fee as ordered.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **April 30, 2008**, plaintiff shall pay the initial partial filing fee of $6.00 or the action will be dismissed.

Dated this 10 day of April, 2008.

_____
Fernando M. Olguin
United States Magistrate Judge